RECEIVED

SEP 1 5 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY STUTSMAN, ET AL. | *CIVIL NO. 6:15-1684 |
| VERSUS | *JUDGE DOHERTY |
| GREAT WEST CASUALTY CO., ET AL. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Remand [rec. doc. 7] is **DENIED**. The removing defendants have filed an amended notice of removal. [rec. doc. 14]. The Stutsmans' right to re-urge the instant Motion is reserved in the event that they believe the defendants' allegations or supporting evidence regarding the citizenship and principal place of business of Great West or Lawson remains insufficient.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _15_ day of _September_, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE